UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------

LG 90 DOE,

        Plaintiff,

                                    Case No.:

v.

JOHN W. RAYMONDA, JR.,

        Defendant.
-------------------------------------------------------------

**APPENDIX**
**INDEX OF DOCUMENTS**
**FILED IN THE SUPREME COURT FOR THE**
**STATE OF NEW YORK, ERIE COUNTY**

Pursuant to 28 U.S.C. §1446(a), the following is an index of documents purportedly filed in the Supreme Court of the State of New York for the County of Erie (Index Number: 808220/2020), together with a copy of each such document.

(A)    Plaintiff's Summons and Complaint;

(B)    Proposed Order to Show Cause;

(C)    Attorney Affidavit in Support of Order to Show Cause;

(D)    Attorney Affidavit - Exhibit A - Plaintiff's Summons and Complaint;

(E)    Attorney Affidavit - Exhibit B - Order of Hon. Deborah A. Chimes, J.S.C. regarding *PB-7 Doe v. Amherst Central School District, et al*., dated November 12, 2019;

(F)    Attorney Affidavit - Exhibit C - Decision and Order of Hon. Michael V. Coccoma, J.S.C. regarding *F.S. v. Westhill Central School District, et al*., dated November 20, 2019;

(G) Attorney Affidavit - Exhibit D - Affidavit David G. Heffler, Ph.D., LMHC regarding *AB 1 Doe v. John Doe(s) 1-5*, dated August 8, 2019;

(H) Plaintiff Affidavit;

(I) Request for Judicial Intervention;

(J) Order to Show Cause - granted by Hon. Deborah A. Chimes, J.S.C.;

(K) Affidavit of Service of Summons and Complaint on defendant;

(L) Affidavit of Service of Order to Show Cause on defendant;

(M) September 28, 2020 letter from plaintiff's attorney to Supreme Court Justice Mark J. Grisanti regarding proposed Order;

(N) Proposed Order; and

(O) Order regarding plaintiff's pseudonym, granted by Supreme Court Justice Mark J. Grisanti, J.S.C.

Dated: Buffalo, New York
September 30, 2020

                            Duggan Pawlowski & Cooke LLP

                            */s/ Rodger P. Doyle, Jr.*
                            _____
                            Rodger P. Doyle, Jr. Esq.
                            403 Main Street, Suite 700
                            The Brisbane Building
                            Buffalo, New York 14203
                            Tel.: (716) 575-5529
                            Fax:  (716) 203-6730
                            rpdoyle@dpc-law.com

                            *Attorneys for Defendant*
                            *John W. Raymonda, Jr.*

TO:     Amy C. Keller, Esq.
            Lipsitz Green Scime Cambria LLP
            42 Delaware Avenue, Suite 120
            Buffalo, New York 14202
            (716) 849-1333