STATE OF NEW YORK
SUPREME COURT  :  COUNTY OF ERIE

LG 90 DOE,

                    Plaintiff,

vs.                                              **SUMMONS**

JOHN W. RAYMONDA, JR.
37 Oak Way
Lake Placid, New York 12946

                    Defendant.

TO THE ABOVE NAMED DEFENDANT:

   **YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve a copy of your answer, or, if the Complaint is not served with this Summons, to serve a notice of appearance, on the Plaintiff's Attorneys within TWENTY (20) DAYS after the service of this Summons, exclusive of the day of service (or within THIRTY (30) DAYS after the service is complete if this Summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

   Erie County is designated as the place of trial on the basis of the claim arising from sexual assaults that occurred in Buffalo, New York.

DATED:    Buffalo, New York
          July 30, 2020                LIPSITZ GREEN SCIME CAMBRIA LLP

                                       By: _____
                                          AMY C. KELLER, ESQ.
                                          CHRISTINA M. CROGLIO, ESQ.
                                          Attorneys for Plaintiff
                                          42 Delaware Avenue, Suite 120
                                          Buffalo, New York 14202-3924
                                          (716) 849-1333

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE

---

LG 90 DOE,

                        Plaintiff,                      **COMPLAINT**

vs.

                                              **Index No.:**

JOHN W. RAYMONDA, JR.,

                        Defendant.

---

       Plaintiff, above named, by her attorneys, LIPSITZ GREEN SCIME CAMBRIA

LLP, for her Complaint against Defendant, alleges:

### AS AND FOR A FIRST CAUSE OF ACTION AGAINST DEFENDANT, JOHN W. RAYMONDA, JR., HEREIN, PLAINTIFF, LG 90 DOE, ALLEGES AS FOLLOWS:

1.      Plaintiff, LG 90 DOE, is a resident of the District of Columbia.

2.      This action is commenced pursuant to the provisions of the Child Victims

Act.

3.      At the time of the incidents set forth herein, Plaintiff, LG 90 DOE, (hereinafter

referred to as "THE CHILD") was an infant having been born in 1977.

4.      Upon information and belief, Defendant, JOHN W. RAYMONDA, JR.

(hereinafter referred to as "THE CHILD MOLESTER") resides in the Village of Lake Placid,

County of Essex and State of New York.

5.      At all times herein mentioned, the CHILD MOLESTER was related to

THE CHILD by marriage.

6.      Occurring in approximately the spring of 1991, the CHILD MOLESTER sexually

assaulted and committed battery upon THE CHILD at the then residence of THE CHILD

MOLESTER in Buffalo, New York, and said assault and battery constituted sexual offenses as defined in Article 130 of the Penal Law.

7.      The sexual crimes by THE CHILD MOLESTER herein were willful, malicious and intentional and resulted in injury to THE CHILD.

8.      As a direct result of conduct by THE CHILD MOLESTER as described herein, THE CHILD, has suffered, and continues to suffer great physical and emotional pain of mind and body, shock, emotional distress, physical manifestations of emotional distress, flashbacks, embarrassment, loss of self-esteem, disgrace, humiliation, and loss of enjoyment of life, was prevented and will continue to be prevented from performing daily activities and obtaining full enjoyment of life, and has incurred and will continue to incur expenses for medical psychological treatment, therapy and counseling.

9.      This action falls within one or more of the exceptions set forth in CPLR §1602.

10.     As a result of the foregoing, THE CHILD, has sustained general and special damages in an amount which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

11.     As a result of the foregoing, THE CHILD, claims punitive damages in an amount which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**WHEREFORE**, Plaintiff demands judgment against Defendant, in the First Cause of Action in an amount which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction, and for such other, further or different relief as the Court may deem just and proper, together with the costs and disbursements of the action.

2

Case 1:20-cv-01406-CCR   Document 1-3   Filed 09/30/20   Page 4 of 4

DATED:      Buffalo, New York
            July 30, 2020

                              LIPSITZ GREEN SCIME CAMBRIA LLP

                              By: _____
                                  AMY C. KELLER, ESQ.
                                  CHRISTINA M. CROGLIO, ESQ.
                              Attorneys for Plaintiff
                              42 Delaware Avenue, Suite 120
                              Buffalo, New York 14202-3924
                              (716) 849-1333

3